**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**ROANE HOSIERY, INCORPORATED, Respondent.**

No. 19354.

United States Court of Appeals
Sixth Circuit.

Oct. 16, 1969.

Warren M. Davison, N. L. R. B., Washington, D. C., Arnold Ordman, General Counsel, Dominick L. Manoli, Associate General Counsel, Marcel Mallet-Prevost, Asst. General Counsel, William J. Avrutis, Atty., N. L. R. B., Washington, D. C., for petitioner.

William P. Hutcheson, Chattanooga, Tenn., Humphreys, Hutcheson & Moseley, Chattanooga, Tenn., on brief, for respondent.

Before PHILLIPS, Chief Judge, and EDWARDS and CELEBREZZE, Circuit Judges.

ORDER.

On consideration of the briefs and records filed in the above-styled case, and after hearing oral arguments upon same, the court finds substantial evidence on the whole record to support the National Labor Relations Board's finding that respondent violated Section 8(a) (1) of the National Labor Relations Act, 29 U.S.C. § 158(a) (1) (1964).

The petition for enforcement of the Board's order, which is reported at 169 N.L.R.B. No. 146 (1968), is granted.

**Rush PETTWAY and Peter J. Wrenn et al., Appellants,**

v.

**AMERICAN CAST IRON PIPE COMPANY, Appellee.**

No. 25826.

United States Court of Appeals
Fifth Circuit.

Oct. 7, 1969.

Oscar W. Adams, Jr., Birmingham, Ala., Leroy D. Clark, Robert Belton, New York City, for appellants.

J. R. Forman, Jr., Birmingham, Ala., for appellee.

Daniel Steiner, Gen. Counsel, EEOC, Russell Specter, David R. Cashdan, Attys., EEOC, Washington, D. C., Equal Employment Opportunity Comm., amici curiae.

ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC OF 411 F.2d 998.

Before BROWN, Chief Judge, RIVES and McENTEE *, Circuit Judges.

PER CURIAM:

The Petition for Rehearing is denied and no member of this panel nor Judge in regular active service on the Court having requested that the Court be polled on rehearing en banc, (Rule 35 Federal Rules of Appellate Procedure; Local Fifth Circuit Rule 12) the Petition for Rehearing En Banc is denied.

* Of the First Circuit, sitting by designation.